Robert CHANDLER, an infant over fourteen years of age, by Herman Rosenfeld, Guardian ad Litem, Libellant-Appellant, v. UNITED STATES of America and War Shipping Administration, Respondents-Appellees.

No. 72, Docket 21782.

United States Court of Appeals
Second Circuit.

Argued Nov. 10, 1950.

Decided Nov. 24, 1950.

William L. Standard, New York City, Jacquin Frank and Herman B. Gerringer, New York City, on the brief, for libellant.

Irving H. Saypol, U. S. Atty., New York City, Howard F. Fanning, Asst. U. S. Atty., New York City, of counsel, for respondents-appellants.

PER CURIAM.

Before AUGUSTUS N. HAND, CHASE and CLARK, Circuit Judges.

Affirmed on opinion of Leibell, J. 94 F. Supp. 580.

MOORE EQUIPMENT CO., Inc., a Corporation, Appellant, v. John O. ENGLAND, as Trustee of the Estates of Ted E. Fisher and Maxeen R. Fisher, Bankrupt, Appellee.

No. 12559.

United States Court of Appeals
Ninth Circuit.

Dec. 20, 1950.

Daniel S. Lane, Stockton, Cal. (Jones, Lane & Weaver, Stockton, Cal., of counsel), for appellant.

Shapro & Rothschild, San Francisco, Cal. (Raymond T. Anixter, San Francisco, Cal., of counsel), for appellee.

Before STEPHENS and HEALY, Circuit Judges, and MATHES, District Judge.

PER CURIAM.

The judgment of the District Court is affirmed. See England, as Trustee v. Moore Equipment Co., Inc., D.C.N.D.Cal.1950, 94 F.Supp. 532.